UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 10-cr-00293-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OSCAR EDUARDO GUARDADO-GUTIERREZ, a/k/a Oscar Guardado-Gutierrez,

    Defendant.

---

## ORDER

---

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, July 16, 2010,** and responses to these motions shall be filed by **Tuesday, July 27, 2010.** It is

FURTHER ORDERED that a 3-day jury trial is set to commence **Monday, August 9, 2010, at 9:00 a.m. in courtroom A-1002.** Finally, it is

ORDERED that the parties shall promptly advise the Court if a hearing on motions and/or final trial preparation conference needs to be set.

Dated this 15th day of June, 2010.

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Chief U. S. District Judge