UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00293-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OSCAR EDUARDO GUARDADO-GUTIERREZ, a/k/a Oscar Guardado-Gutierrez,

    Defendant.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was received in the above captioned matter on July 12, 2010. Accordingly the three-day jury trial set to commence Monday, August 9, 2010, at 9:00 a.m. is **VACATED**. A Change of Plea Hearing is **SET** for **Thursday, September 2, 2010, at 9:00 a.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy.

    Dated: July 14, 2010