UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00293-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OSCAR EDUARDO GUARDADO-GUTIERREZ, a/k/a Oscar Guardado-Gutierrez,

    Defendant.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict, the Change of Plea Hearing set for Thursday, September 2, 2010, at 9:00 a.m. is **VACATED**. The Change of Plea Hearing is **RESET** for **Tuesday, September 7, 2010, at 10:00 a.m**.

    Dated: September 2, 2010