UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00293-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. OSCAR EDUARDO GUARDADO-GUTIERREZ, a/k/a Oscar Guardado-Gutierrez,

 Defendant.

**ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 Due to a scheduling conflict, the Change of Plea Hearing set for Thursday, September 2, 2010, at 9:00 a.m. is **VACATED**. Counsel for the parties shall promptly contact my Chambers at (303) 844-2170 to reset this matter.

 Dated: September 1, 2010