UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00293-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. OSCAR EDUARDO GUARDADO-GUTIERREZ, a/k/a Oscar Guardado-Gutierrez,

 Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 Due to a scheduling conflict, the Change of Plea Hearing set for Tuesday, September 7, 2010, at 10:00 a.m. is **RESET** to **Tuesday, September 7, 2010, at 3:30 p.m., in courtroom A-1002.**

 Dated: September 7, 2010.