UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00293-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  OSCAR EDUARDO GUARDADO-GUTIERREZ, a/k/a Oscar Guardado-Gutierrez,

      Defendant.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Defendant's Unopposed Motion to Continue Change of Plea Hearing (ECF No. 15 filed November 3, 2010) is **GRANTED**.  The Change of Plea Hearing set for November 22, 2010, at is **VACATED** and **RESET** to **Thursday, December 2, 2010, at 4:00 p.m.**

      Dated:  November 3, 2010